```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10856
    LISA M JACKSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4780

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/18/2007 and was confirmed 09/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

     The case was dismissed after confirmation 08/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
ONE WAY AUTO SALES        SECURED VEHIC         .00            .00            .00
WASHINGTON MUTUAL         CURRENT MORTG     5285.67            .00        5285.67
WASHINGTON MUTUAL         MORTGAGE ARRE    16938.96            .00            .00
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED          .00            .00
ACS COLLEGE LN CORP       SPECIAL CLASS         .00            .00            .00
AMERICREDIT FINANCIAL SV  NOTICE ONLY      NOT FILED          .00            .00
AMSTERDAM PRINTING & LIT  UNSECURED          114.39           .00            .00
ASPIRE VISA               UNSECURED        NOT FILED          .00            .00
CAPITAL ONE SERVICES      UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED         6080.00           .00            .00
DAN BERRY MINT            UNSECURED        NOT FILED          .00            .00
FCNB/MASTERTRUST          UNSECURED        NOT FILED          .00            .00
PREMIER BANKCARD          UNSECURED          421.81           .00            .00
HEAVNER HANEGAN & SCOTT   UNSECURED        NOT FILED          .00            .00
ISAC                      SPECIAL CLASS         .00            .00            .00
LELAND SCOTT & ASSOC      UNSECURED        NOT FILED          .00            .00
MCI RESIDENTIAL SERVICES  UNSECURED        NOT FILED          .00            .00
MIDNIGHT VELVET           UNSECURED        NOT FILED          .00            .00
NES IDAP                  SPECIAL CLASS         .00            .00            .00
NICOR GAS                 UNSECURED        NOT FILED          .00            .00
PFG OF MINNESOTA          UNSECURED        NOT FILED          .00            .00
SALLIE MAE SERVICING COR  SPECIAL CLASS         .00            .00            .00
SECRETARY OF STATE        NOTICE ONLY      NOT FILED          .00            .00
SOLOMON & SOLOMON         NOTICE ONLY      NOT FILED          .00            .00
SORMAN & FRANKEL LTD      UNSECURED        NOT FILED          .00            .00
TRS RECOVERY SVC          UNSECURED        NOT FILED          .00            .00
UNIVERSITY OF PHOENIX     UNSECURED        NOT FILED          .00            .00
NATIONAL CREDIT UNION     UNSECURED        NOT FILED          .00            .00
WEXLER & WEXLER           UNSECURED        NOT FILED          .00            .00
AMERICREDIT FINANCIAL SV  UNSECURED        11316.87           .00            .00
WASHINGTON MUTUAL         UNSECURED        NOT FILED          .00            .00
ECMC                      SPECIAL CLASS         .00            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 10856 LISA M JACKSON
```

```
ROBERT J ADAMS & ASSOC    REIMBURSEMENT    306.33              .00       306.33
ROBERT J ADAMS & ASSOC    DEBTOR ATTY    2,000.00                            .00
TOM VAUGHN                TRUSTEE                                         408.00
DEBTOR REFUND             REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   6,000.00

PRIORITY                                      306.33
SECURED                                     5,285.67
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          408.00
DEBTOR REFUND                                    .00
                         ---------------   ---------------
TOTALS                    6,000.00          6,000.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/19/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                              PAGE    2
         CASE NO. 07 B 10856 LISA M JACKSON